478 A.2d 79

Commonwealth v. Shipley, Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

600

Submitted May 18, 1984. Kevin L. Sanders, for appellant; Ralph F. Kraft, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.